IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* ex rel., PROCTOR, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL HEALTH SERVICES, INC. *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § §   NO. 2:11-CV-165-J |

## ORDER

Plaintiffs filed their complaint on July 8, 2011. On August 17, 2012, the United States declined to intervene, and on September 7, 2012, the Court ordered the complaint unsealed and the defendants served in accordance with Federal Rule of Civil Procedure 4. After more than 120 days passed with no indication of service, Plaintiffs were ordered to show cause by January 18, 2013 why this case should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). Plaintiffs have failed to do so, and this case is DISMISSED without prejudice.

IT IS SO ORDERED.

Signed this _24th_ day of January 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE